UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE NAY COMPANY<br>    Plaintiff, | § § § § |
| VERSUS | § § §   CIVIL ACTION NO. 3:16-CV-02675-N |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, COLONY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY<br>    Defendants. | § § § § §   JURY TRIAL DEMANDED § § |

## AGREED STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

COME NOW, the Parties, Plaintiff, THE NAY COMPANY, and Defendant, THE HANOVER INSURANCE COMPANY, and respectfully file this Agreed Stipulation of Dismissal Pursuant to Settlement, with Prejudice and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice. Each Party is to bear its own costs.

Respectfully submitted,

**GUS & GILBERT, PC**

BY: */s/ Dan Gus [by permission Peri H Alkas]*
  Dan Gus; SBN: 24007288
  ATTORNEY-IN-CHARGE
  William C. Little; SBN: 24026854
  209 E. Main Street
  Waxahachie, TX  75165
  Telephone:  (214) 960-4116
  Facsimile:   (214) 960-4140
  E-mail:  dan@gus-gilbert.com
    bill@gus-gilbert.com

**ATTORNEYS FOR PLAINTIFF**

BY: */s/ Peri H. Alkas*
  Peri H. Alkas; SBN:  00783536
  ATTORNEY-IN-CHARGE
  Fed. ID No.: 15787
  PHELPS DUNBAR LLP
  500 Dallas Street, Suite 1300
  Houston, Texas 77002
  Telephone:  (713) 626-1386
  Facsimile:  (713) 626-1388
  E-mail:  alkasp@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE HANOVER INSURANCE COMPANY**

BY: */s/ Paige C. Jones*
  Paige C. Jones Texas Bar No. 24054609
  PHELPS DUNBAR LLP
  115 Grand Avenue, Suite 222
  Southlake, Texas 76092
  (817) 488-3134
  (817) 488-3214 Fax
  Email:  paige.jones@phelps.com

**LOCAL COUNSEL FOR DEFENDANT,
THE HANOVER INSURANCE COMPANY**

**OF COUNSEL:
PHELPS DUNBAR LLP**
Mark C. Dodart; SBN: 00792286
Mark.Dodart@phelps.com